No. 1928. EL PUEBLO, APELADO, *v.* BLONDET, APELANTE.— Expropiación forzosa. Guayama. Noviembre 4, 1918. *Desistida, la apelación.*

---

No. 1813. PORRATA, APELANTE, *v.* EL PUEBLO, APELADO.— Entrega de dinero. San Juan, Sección 1ª. Noviembre 4, 1918. *Desistida la apelación.*

---

No. 1929. CREHORE, APELADO, *v.* BLONDET, APELANTE.— Consignación. Guayama. Noviembre 4, 1918. *Desistida, la apelación.*

---

No. 1930. LASSANTA, APELADO, *v.* CARBALLEIRA, ALCALDE MUNICIPAL DE BAYAMÓN, APELANTE.—*Mandamus.* San Juan, Sección 1ª. Noviembre 5, 1918. *Desestimada la apelación.*

---

No. 1931. LÓPEZ, APELADO, *v.* RODRÍGUEZ, APELANTE.—Divorcio. Humacao. Noviembre 5, 1918. *Desestimada la apelación.*

---

No. 1284. EL PUEBLO, APELADO, *v.* CRUZ, APELANTE.—Acometimiento y agresión. Humacao. Noviembre 7, 1918. *Confirmada la sentencia apelada.*

---

No. 1285. EL PUEBLO, APELADO, *v.* ANDINO, APELANTE.—Infracción artículo 288 del Código Penal. San Juan, Sección 2ª. Noviembre 7, 1918. *Confirmada la sentencia apelada.*